```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  CHRISTINE Y. WONG (NYBN 3988607)
    Assistant United States Attorney
 5
       1301 Clay Street, Suite 340-S
 6     Oakland, California 94612-5217
       Telephone:  (510) 637-3717
 7     Facsimile:  (510) 637-3724
       E-Mail:     Christine.Wong@usdoj.gov
 8
    Attorneys for Complainant United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF HELENA YUEN-LAN LAU ) ) ) ) ) | No. CR 08-90359 MISC (WDB) MANUAL FILING NOTIFICATION RE: DIPLOMATIC REQUEST |

Regarding Diplomatic Request

     This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

     This filing was not e-filed for the following reasons: (1) the documents are voluminous and difficult to scan because of ribbons/seals and (2) the documents represent original evidence that may be used in the extradition hearing in this matter pursuant to 18 U.S.C. § 3190.

DATED: August 25, 2008         Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                      _____/s/_____
                                    CHRISTINE Y. WONG
                                    Assistant United States Attorney

MANUAL FILING NOTIFICATION RE: DIPLOMATIC REQUEST
CR 08-90359 MISC (WDB)

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612-5217
        Telephone: (510) 637-3717
7       Facsimile: (510) 637-3724
        E-Mail:    Christine.Wong@usdoj.gov
8
   Attorneys for Complainant
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 IN THE MATTER OF THE            )   No. CR 08-90359 MISC (WDB)
   THE EXTRADITION OF HELENA YUEN-)
   LAN LAU                         )
14                                 )   DIPLOMATIC REQUEST (ATTACHING
                                   )   SWORN AFFIDAVITS OF MARK KULISH
15                                 )   AND LINDA LAM)

16

17

18

...

28

DIPLOMATIC REQUEST
No. CR 08-90359 MISC (WDB)